1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11 DAKOTAH MASSIE, et al.,

12               Plaintiffs,

13        v.

14 GENERAL MOTORS COMPANY, et al.,

15               Defendants.

16

Case No.: 1:20-cv-01560 NONE JLT

ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME FOR GENERAL MOTORS COMPANY TO FILE A RESPONSIVE PLEADING
(Doc. 8)

17        The parties have stipulated to allow General Motors Company until January 25, 2021

18 to file a responsive pleading. (Doc. 8) The reason for the stipulation is to allow this defendant

19 to investigate the claims and legal issues raised in the complaint. Thus, the Court ORDERS:

20        1.        General Motors Company SHALL file a responsive pleading to the complaint

21 no later than January 25, 2021.

22

23 IT IS SO ORDERED.

24     Dated:   __**November 30, 2020**__        _____**/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE

25
26
27
28