**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
         jsmith@bursor.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAKOTAH MASSIE and NEIL MANGLANI, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GENERAL MOTORS COMPANY and DECIBEL INSIGHT, INC.,<br><br>　　　　　Defendants. | CASE NO.: 1:20-CV-01560-NONE-JLT<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO PERMIT PLAINTIFFS TO FILE A CORRECTED COMPLAINT, SET DEADLINES FOR BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINT, AND TO CONTINUE INITIAL SCHEDULING CONFERENCE AND RELATED DEADLINES**<br>(Doc. 10) |

Pursuant to Local Rule 143, Plaintiffs Dakota Massie and Neil Manglani ("Plaintiffs") and Defendants General Motors Company and Decibel Insight, Inc. (collectively, "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiffs filed the Complaint on November 4, 2020, ECF No.1, alleging violations of the California Invasion of Privacy Act, Cal. Penal Code §§ 631 and 635, and invasion of privacy under California's Constitution;

WHEREAS, on November 4, 2020, the Court issued an order setting an Initial Scheduling Conference for January 27, 2021, along with related deadlines, ECF No. 3;

WHEREAS this Court on November 24, 2020, granted a stipulation to extend Defendant Decibel Insight, Inc.'s time to respond to the Complaint by 60 days, up to and including February 1, 2021, ECF No. 7;

WHEREAS, this Court on November 30, 2020, granted a stipulation to extend General Motors Company's time to respond to the Complaint by 45 days, up to and including January 25, 2021, ECF No. 9;

WHEREAS counsel for General Motors Company informed counsel for Plaintiffs that General Motors LLC, and not General Motors Company, is the owner and operator of the websites named in the Complaint, and General Motors LLC is therefore the proper party to this action. *See* Compl. ¶ 1 n.1;

WHEREAS, Plaintiffs intend to file a Corrected Complaint to add General Motors LLC as a Defendant and to remove General Motors Company as a Defendant;

WHEREAS, the counsel for the Plaintiffs and Defendants (together, the "Parties") met and conferred on January 7, 2021 in accordance with the Court's Scheduling Order;

WHEREAS, Defendants intend to file motions to dismiss the Corrected Complaint for lack of personal jurisdiction or, in the alternative, to transfer the case to a more convenient forum (the "Jurisdictional Motions");

WHEREAS, Defendants also intend to file motions to dismiss for failure to state claim under Fed. R. Civ. P. 12(b)(6) (the "12(b)(6) Motions");

WHEREAS, each Defendant's motions will raise substantially similar issues as the other

STIPULATION AND [PROPOSED] ORDER FOR CORRECTED COMPLAINT TO SET DEADLINES ON DEFENDANTS' MOTIONS TO DISMISS, AND CONTINUE ISC & RELATED DEADLINES
CASE NO.: 1:20-CV-01560-NONE-JLT

1

Defendant's motions, but the Defendants' deadlines to file those motions currently differ;

WHEREAS, to promote efficiency and conserve both the Court's and the Parties' resources, the Parties agree it would be beneficial to (a) consolidate the briefing schedules for the Defendants' motions and (b) resolve the Jurisdictional Motions before briefing the 12(b)(6) Motions;

WHEREAS, continuing the Initial Scheduling Conference until after Defendants' motions can be heard will further promote efficiency and conserve judicial and party resources, as the issues to be discussed at that conference—including the proposed case schedule, contested issues, and discovery procedures—will be affected or mooted by the Court's resolutions of those motions;

WHEREAS, on January 12, 2021, Plaintiffs served Defendants with merits-based Requests for Production under Fed. R. Civ. P. 34 and Interrogatories under Fed. R. Civ. P. 30;

WHEREAS, Defendants object to responding to merits-based discovery or serving initial disclosures because they are not subject to personal jurisdiction before the Court;

WHEREAS, to promote efficiency and conserve the Court's and the Parties' resources, the Parties have agreed that Defendants' responses to Plaintiffs' merits-based discovery and the Parties' service of initial disclosures will be stayed until 30 days after an Order denying Defendants' Jurisdictional Motions, or if the Court grants Defendants' Jurisdictional Motions, the initial disclosure and Defendants' responses to Plaintiffs' merits-based discovery will either be (a) mooted, should the Court decline to transfer this case; or (b) stayed until thirty-days following the transfer of this case to a different forum;

WHEREAS, Defendants reserve their rights to seek an additional stay of discovery pending resolution of the 12(b)(6) Motions;

WHEREAS, this Stipulation is made without prejudice to any Party's rights and nothing in this Stipulation shall constitute the waiver of any claims, defenses, or arguments, including Defendants' defenses for lack of personal jurisdiction;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE as follows:

1. Plaintiffs shall be permitted to file a Corrected Complaint adding General Motors LLC as a Defendant and removing General Motors Company as a Defendant, without using their amendment as of right, within two days of the Court's approval of this stipulation.

STIPULATION AND [PROPOSED] ORDER FOR CORRECTED COMPLAINT TO SET DEADLINES ON DEFENDANTS' MOTIONS TO DISMISS, AND CONTINUE ISC & RELATED DEADLINES
CASE NO.: 1:20-CV-01560-NONE-JLT

2

2. Defendant Decibel Insight, Inc. and General Motors LLC shall file their Jurisdictional Motions on or before **February 1, 2021**.

3. Plaintiffs shall file their oppositions to the Jurisdictional Motions by **February 23, 2021.**

4. Defendants shall file replies in support of their Jurisdictional Motions by **March 8, 2021.**

5. Hearings on Defendants' Jurisdictional Motions will be set for **March 16, 2021, at 9:30 a.m.**, or as soon thereafter as convenient for the Court.

6. If the Court denies either or both Defendants' Jurisdictional Motions, such Defendant(s) shall file their 12(b)(6) Motions, if necessary, within 30 days of the Court's ruling on Defendants' Jurisdictional Motions.

7. Defendants' Answer to the complaint or any amended or Corrected Complaint that is filed shall be stayed pending resolution of Defendants' Jurisdictional Motions and 12(b)(6) Motions;

8. Defendants' responses to Plaintiffs' merits-based discovery and the Parties' service of initial disclosures is stayed pending the resolution of Defendants' Jurisdictional Motions;

9. If the Court denies either or both Defendants' Jurisdictional Motions, such Defendant(s) shall respond to Plaintiffs' merits-based discovery and the Parties shall serve initial disclosures 30 days after the Court's ruling on Defendants' Jurisdictional Motions; if, alternatively, the Court grants either of both Defendants' Jurisdictional Motions, the schedule for initial disclosures and responses to merits-based discovery shall be as follows: (1) mooted, should the Court decline to transfer the case for one or both Defendants; or (2) stayed until thirty-days following the transfer of this case to a different forum.

10. Notwithstanding the foregoing, after the resolution of the Jurisdictional Motions, Defendants may move for an additional stay of discovery pending resolution of the 12(b)(6) Motions, which Plaintiffs may oppose;

11. The Initial Scheduling Conference shall be continued pending the resolution of Defendants' Jurisdictional Motions.

12. The Parties' Joint Scheduling Report shall be filed seven days before the Initial Scheduling Conference.

The Parties respectfully request that this Stipulation be granted by signing the accompanying

STIPULATION AND [~~PROPOSED~~] ORDER FOR CORRECTED COMPLAINT TO SET DEADLINES ON DEFENDANTS' MOTIONS TO DISMISS, AND CONTINUE ISC & RELATED DEADLINES
CASE NO.: 1:20-CV-01560-NONE-JLT

3

1  proposed order.

2

3  DATED: January 19, 2021                 BURSOR & FISHER, P.A.

4                                          By: */s/ L. Timothy Fisher*
                                               L. Timothy Fisher
5                                              Joel D. Smith

6                                              *Attorneys for Plaintiffs*

7

8  DATED: January 19, 2021                 MAYER BROWN LLP

9                                          By: */s/ John Nadolenco*
                                               John Nadolenco (SBN 181128)
10                                             Archis A. Parasharami (SBN 321661)

11
                                               350 South Grand Avenue, 25th Floor
12                                             Los Angeles, California 90071
                                               Telephone: 213.229.5118
13                                             Facsimile:  213.579.8128
                                               Email: jnadolenco@mayerbrown.com
14                                                    aparasharami@mayerbrown.com

15
                                               *Attorneys for Defendant General Motors Company*
16

17 DATED: January 19, 2021                  GREENBERG TRAURIG, LLP

18                                          By: */s/ Ian Ballon*
19                                             Ian Ballon (SBN 141819)
                                               Ballon@gtlaw.com
20                                             1900 University Avenue, 5th Floor
                                               East Palo Alto, California 94303
21                                             Telephone: 650.328.7881
                                               Facsimile: 650.289.7881
22

23                                             Rebekah S. Guyon (SBN 291037)
                                               GuyonR@gtlaw.com
24                                             1840 Century Park East, Suite 1900
                                               Los Angeles, California 90067-2121
25                                             Telephone: 310.586.7700
                                               Facsimile: 310.586.7800
26

27                                             *Attorneys For Defendant Decibel Insight, Inc.*

28

STIPULATION AND [~~PROPOSED~~] ORDER FOR CORRECTED COMPLAINT TO SET DEADLINES ON
DEFENDANTS' MOTIONS TO DISMISS, AND CONTINUE ISC & RELATED DEADLINES                    4
CASE NO.: 1:20-CV-01560-NONE-JLT

# [~~PROPOSED~~] ORDER

The Court **GRANTS** in **PART** the stipulation of the parties and **ORDERS**:

1. Within two days of this order, the plaintiffs may file, if at all, an amended complaint naming General Motors LLC as a defendant and removing General Motors Company as a defendant;

2. Defendant Decibel Insight, Inc. and General Motors LLC may file, if at all, their motions to dismiss for lack of personal jurisdiction or, in the alternative, to transfer no later than February 1, 2021. An opposition or statement of non-opposition SHALL be filed no later than February 23, 2021. The replies, if any, SHALL be filed no later than March 8, 2021;

3. The filing of the defendants' answers to the complaint or the amended complaint is stayed pending resolution of the defendants' jurisdictional motions;

4. The defendants' responses to the plaintiffs' merits-based discovery and the service of initial disclosures is stayed pending the resolution of the defendants' jurisdictional motions;

5. The scheduling conference is **CONTINUED** to April 30, 2021 at 8:30 a.m.;

6. All other portions of the stipulation are **DENIED** without prejudice because the Court, in ruling on the motions asserting jurisdiction/venue, may address these issues. If it does not, the parties may raise these issues at that time if needed.

IT IS SO ORDERED.

Dated:   **January 19, 2021**           /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE