| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | JOHN NADOLENCO (SBN 181128) |
| 2 | *jnadolenco@mayerbrown.com* |
| | ARCHIS A. PARASHARAMI (SBN 321661) |
| 3 | *aparasharami@mayerbrown.com* |
| | 350 South Grand Avenue, 25th Floor |
| 4 | Los Angeles, CA 90071-1503 |
| | Telephone: (213) 229-9500 |
| 5 | Facsimile: (213) 625-0248 |
| 6 | Attorneys for Defendant |
| | General Motors LLC |

**UNITED STATED DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAKOTAH MASSIE and NEIL MANGLANI, individually and by and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC and DECIBEL INSIGHT, INC.,<br><br>Defendants. | Case No. 1:20-cv-01560-JLT<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET A SCHEDULE FOR DEFENDANTS' RESPONSES TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**(Doc. 27)** |

Pursuant to Local Rules 143 and 144, Plaintiffs Dakotah Massie and Neil Manglani ("Plaintiffs") and Defendants General Motors LLC ("GM") and Decibel Insight, Inc. ("Decibel") (collectively, the "Parties"), by and through their respective counsel, respectfully request that the Court approve the Parties' stipulation to set a deadline for Defendants to file motions to dismiss the First Amended Complaint, ECF No. 25 (filed February 26, 2021), for lack of personal jurisdiction or, in the alternative, to transfer the case to a more convenient forum ("the renewed Jurisdictional Motions") to Monday, April 12, so that Defendants may have sufficient time to review the amended claims.

WHEREAS, Plaintiffs filed the Complaint on November 4, 2020, ECF No. 1, alleging violations of the California Invasion of Privacy Act, Cal. Penal Code §§ 631 and 635, and invasion of privacy under California's Constitution;

WHEREAS, on January 12, 2021, Plaintiffs served Defendants with merits-based Requests for Production under Fed. R. Civ. P. 34 and Interrogatories under Fed. R. Civ. P. 30;

WHEREAS, this Court on January 20, 2021, granted a stipulation that (i) permitted Plaintiffs to file a Corrected Complaint without using their amendment as of right, (ii) set Defendants' deadline to file motions to dismiss the operative complaint for lack of personal jurisdiction or, in the alternative, transfer (the "Jurisdictional Motions") at February 1, 2021, (iii) stayed Defendants' deadline to answer or otherwise respond to the operative complaint pending resolution of the Defendants' Jurisdictional Motions, (iv) stayed Defendants' responses to Plaintiffs' merits-based discovery and the service of initial disclosure pending the resolution of Defendants' Jurisdictional Motions, and (v) continued the initial scheduling conference to April 30, 2021, ECF No. 11;

WHEREAS, on January 21, 2021, Plaintiffs filed a Corrected Complaint naming General Motors LLC as a Defendant and removing General Motors Company as a Defendant, ECF No. 12;

WHEREAS, this Court on February 1, 2021 granted the Parties' stipulation extending

Defendants' deadline to file their Jurisdictional Motions to February 16, 2021, ECF No. 15;

WHEREAS, Defendants filed their Jurisdictional Motions, seeking dismissal of the Corrected Complaint for lack of personal jurisdiction or, alternatively, transfer of venue, on February 16, ECF Nos. 16, 19;

WHEREAS, Plaintiffs on February 26, 2021 filed a First Amended Complaint ("FAC") containing new jurisdictional and factual allegations, and asserting an additional claim against Decibel under the Federal Wiretap Act, 18 U.S.C. § 2512, ECF No. 25;

WHEREAS, the Parties understand that the FAC supersedes the Corrected Complaint, thereby rendering Defendants' Jurisdictional Motions moot, *see* Minute Order, ECF No. 26 (March 3, 2021);

WHEREAS, Defendants intend to file motions to dismiss the FAC for lack of personal jurisdiction or, in the alternative, to transfer the case to a more convenient forum (the "renewed Jurisdictional Motions");

WHEREAS, Defendants also intend to file motions to dismiss the FAC for failure to state a claim under Fed. R. Civ. P. 12(b)(6);

WHEREAS, Defendants continue to reserve their rights to seek an additional stay of discovery pending resolution of the 12(b)(6) Motions;

WHEREAS, due to obligations in other matters and to give them sufficient time to review the amended allegations, Defendants have requested, and Plaintiffs have agreed to provide, 45 days for Defendants to file their renewed Jurisdictional Motions;

WHEREAS, this is the first extension of a briefing schedule related to Plaintiffs' FAC and it is not being sought for delay or any other improper purpose;

WHEREAS, continuing the Initial Scheduling Conference until after Defendants' motions can be heard would further promote efficiency and conserve judicial and party resources, as the issues to be discussed at that conference—including the proposed case schedule, contested issues, and discovery procedures—will be affected or mooted by the Court's resolutions of those motions;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE as follows:

1. Defendants shall file their renewed Jurisdictional Motions on or before **April 12, 2021**.

2. Plaintiffs shall file their opposition or statement of non-opposition by **May 3, 2021**;

3. Defendants shall file their replies, if any, by **May 17, 2021**;

4. Defendants' deadline to answer or otherwise respond on the merits to the FAC (including any motion under Fed. R. Civ. P. 12(b)(6)), Defendants' responses to Plaintiffs' merits-based discovery served January 12, 2021, and the Parties' service of initial disclosures remain stayed pending the resolution of Defendants' renewed Jurisdictional Motions, as previously ordered by this Court (ECF No. 11);

5. Hearings on Defendants' Jurisdictional Motions will be set for **May 25, 2021**, or as soon thereafter as is convenient for the Court;

6. Notwithstanding the foregoing, after the resolution of the Jurisdictional Motions, Defendants may move for an additional stay of discovery pending resolution of the 12(b)(6) Motions, which Plaintiffs may oppose;

7. The Initial Scheduling Conference shall be continued to **June 25, 2021**, at 8:30 a.m., or as soon thereafter as is convenient for the Court, with the Parties' Joint Scheduling Report to be filed 7 days before the scheduling conference.

The Parties respectfully request that this Stipulation be granted by signing the accompanying proposed order.

Dated:  March 9, 2021        MAYER BROWN LLP

By: /s/ John Nadolenco
John Nadolenco
*Attorneys for Defendant*
*General Motors LLC*

Dated:  March 9, 2021        GREENBERG TRAURIG, LLP

By: */s/ Rebekah S. Guyon*
Rebekah S. Guyon (SBN 291037)
GuyonR@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800

Ian Ballon (SBN 141819)
Ballon@gtlaw.com
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650.328.7881
Facsimile: 650.289.7881

*Attorneys for Defendant*
*Decibel Insight, Inc.*

Dated: March 9, 2021                    BURSOR & FISHER, P.A.

By: */s/ L. Timothy Fisher*
L. Timothy Fisher (SBN 191626)
  *ltfisher@bursor.com*
Joel D. Smith (SBN 244902)
  *jsmith@bursor.com*
1990 North California Blvd., Ste 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

*Attorneys for Plaintiffs*

**[PROPOSED] ORDER**

The Court, having considered the stipulation between Plaintiffs Dakota Massie and Neil Manglani ("Plaintiffs") and Defendants General Motors LLC and Decibel Insight, Inc. ("Defendants"), and for good cause shown, HEREBY ORDERS that:

1. Defendants shall file their motions to dismiss for lack of personal jurisdiction or, in the alternative, to transfer ("Jurisdictional Motions") in response to Plaintiffs' First Amended Complaint on or before **April 12, 2021**. Plaintiffs' opposition or statement of non-opposition shall be filed no later than **May 3, 2021**. Defendants' replies, if any, shall be filed no later than **May 17, 2021**. The hearing on Defendants' Jurisdictional Motions is set for **May 25, 2021**.

2. Defendants' deadline to answer or otherwise respond on the merits to the FAC (including any motion under Fed. R. Civ. P. 12(b)(6)), Defendants' responses to Plaintiffs' merits-based discovery served January 12, 2021, and the Parties' service of initial disclosures each remain stayed pending the resolution of Defendants' renewed Jurisdictional Motions, as previously ordered by this Court (Dkt. 11);

5. The scheduling conference is continued to **June 25, 2021**, at 8:30 a.m., with the Parties' Joint Scheduling Report to be filed no later than **June 18, 2021.**

IT IS SO ORDERED.

Dated:  **March 9, 2021**            **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE